# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & Co., et al., | : | Bankruptcy Case No. 01-01139 (AMC) |
| | : | BAP Case No. 21-00016 |
| | : | |
| Debtor. | : | |
| | : | |
| _____ | : | |
| | : | |
| GARY SMOLKER, | : | |
| | : | |
| Appellant, | : | |
| | : | |
| v. | : | C.A. No. 21-460-LPS |
| | : | |
| W.R. GRACE & Co., et al | : | |
| | : | |
| Appellee. | : | |

## **RECOMMENDATION**

At Wilmington this **29th** day **April , 2020**.

WHEREAS, pursuant to paragraph 2(a) of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District dated September 11, 2012, Chief Magistrate Judge Thynge reviewed the documents related to this appeal from the Order of the Honorable Ashley M. Chan, Bankruptcy Judge, entered on March 16, 2021.  The notice of appeal was docketed on March 29, 2021.  On March 31, 2021, the Honorable Leonard P. Stark, of this court, was assigned this appeal.

WHEREAS, on April 29, 2021, this Recommendation was mailed to the pro se Appellant, Gary Smolker.

WHEREAS, as a result of the above screening process, the order of the Bankruptcy Court addresses issues that are not amenable to mediation and mediation at this stage would not be a productive exercise, a worthwhile use of judicial resources nor warrant the expense of the process.  This Appeal involves solely legal issues. which are not resolvable through mediation.

WHEREAS, a briefing schedule for this appeal is needed.

THEREFORE, IT IS RECOMMENDED that, pursuant to paragraph 2(a) Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District and 28 U.S.C. § 636(b), this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this Court.  The parties are advised they may file objections to this Recommendation pursuant to 28 U.S.C. § 636(b)(1)(B), FED. R. CIV. P. 72(a) and D. DEL. LR 72.1.

/s/ Mary Pat Thynge
Chief U.S. Magistrate Judge Mary Pat Thynge