IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: W.R. GRACE & CO., *et al.*, | : | Chapter 11 |
| | : | |
| Reorganized Debtors. | : | Bankr. Case No. 01-01139-AMC |
| | : | |
| GARY SMOLKER, | : | |
| | : | |
| Appellant, | : | Civ. No. 21-460-LPS |
| v. | : | |
| | : | |
| W.R. GRACE & CO., *et al.*, | : | |
| | : | |
| Appellees. | : | |

# **ORDER**

Having ordered the parties to confer and submit a proposed briefing schedule to govern this appeal (D.I. 6); and having reviewed Appellee's Request for Briefing Schedule (D.I. 9) and Appellee's additional letters outlining the parties' difficulties in reaching agreement on a proposed schedule (D.I. 10, 11); and Appellant having failed to comply with Federal Rule of Bankruptcy Procedure 8009 requirement to file a designation of the record of appeal and statement of issues to be presented; and in consideration of Appellant's assertions of ongoing housing difficulties; and it appearing appropriate under the circumstances to allow a brief extension of the deadlines set forth in the Federal Rules of Bankruptcy Procedure 8009 and 8018(a);

IT IS HEREBY ORDERED that:

1. On or before July 7, 2021, Appellant shall file his (i) designations required by Federal Rules of Bankruptcy Procedure 8009, and (ii) motion to supplement the record, if any.

2. On or before July 21, 2021, Appellee shall file any counter-designations.

3. On or before September 21, 2021, Appellant shall file his opening brief on the merits of this appeal. Any and all issues relating to the Bankruptcy Court's authority to enter the Order on appeal shall also be raised and addressed in Appellant's opening brief.

4. On or before October 21, 2021, Appellee shall file its answering brief.

5. On or before November 11, 2021, Appellant shall file his reply brief, if any.

6. With respect to any further motions, whether on the topics Appellant has proposed (D.I. 11) or otherwise, such motions shall comply with the requirements and deadlines set forth in Federal Rule of Bankruptcy Procedure 8013 and other applicable rules and shall not otherwise delay the briefing schedule set forth herein.

7. Failure to comply with the deadlines set forth in this Order may result in the dismissal of the appeal.

                                                  _____
                                                  HONORABLE LEONARD P. STARK
                                                  UNITED STATES DISTRICT JUDGE