IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: W.R. GRACE & CO., *et al.*, | : | Chapter 11 |
| | : | |
| Reorganized Debtors. | : | Bankr. Case No. 01-01139-AMC |
| | : | |
| GARY SMOLKER, | : | |
| | : | |
| Appellant, | : | Civ. No. 21-460-LPS |
| v. | : | |
| | : | |
| W.R. GRACE & CO., *et al.*, | : | |
| | : | |
| Appellees. | : | |

### ORDER

Upon review of Appellant's emergency request (D.I. 15) which seeks: (i) a stay of briefing on the merits of the appeal pending the Court's determination of not yet filed motions to recuse or disqualify pursuant to 28 U.S.C. § 455, which will be filed "as soon as they can be prepared" (D.I. 15 at 2, 13) ("Motion for Stay of Merits Briefing"); (ii) leave to file a reply in support of his objection to the mediator's recommendation that this appeal be withdrawn from mediation (*id.* at 14) ("Motion for Leave to File a Reply"); and a further extension of the deadlines contained in the Court's prior Order, dated June 7, 2021 (D.I. 12) ("Scheduling Order"), based on Appellant's assertions of ongoing housing difficulties, health problems, the "size of the record on appeal," and deadlines in another appeal (D.I. 15 at 2-8, 11-12) ("Motion for Further Extension of Deadlines"); and having already extended the deadlines set forth in the Federal Rules of Bankruptcy Procedure 8009 and 8018(a) based on Appellant's assertions of circumstances beyond his control; and having previously ordered that, "With respect to any further motions, whether on the topics Appellant has proposed (D.I. 11) or otherwise, such motions shall comply with the requirements and deadlines set forth in Federal Rule of Bankruptcy Procedure 8013 and other applicable rules and shall not otherwise delay the briefing schedule set forth herein" (D.I. 12 at 1);

IT IS HEREBY ORDERED that:

1. The Motion for Stay of Merits Briefing is DENIED. Any motion to recuse or motion to disqualify filed by Appellant shall comply with the requirements and deadlines set forth in Federal Rule of Bankruptcy Procedure 8013 and other applicable rules and shall not otherwise delay the extended briefing schedule on the merits of the appeal set forth herein.

2. The Motion for Leave to File a Reply in connection with mediation is DENIED. Appellant's objections were previously overruled and the appeal has been withdrawn from mediation by Order of this Court (D.I. 6) ("Mediation Order"). No further requests to resume the mediation process or to reconsider the Mediation Order will be considered by this Court.

3. The Motion for Further Extension of Deadlines is GRANTED to the extent set forth herein.

4. On or before October 21, 2021, Appellant shall file his opening brief on the merits of this appeal. Consistent with the Court's prior Scheduling Order, any and all issues relating to the Bankruptcy Court's authority to enter the Order on appeal shall also be raised and addressed in Appellant's opening brief.

5. On or before November 22, 2021, Appellee shall file its answering brief.

6. On or before December 21, 2021, Appellant shall file his reply brief, if any.

7. Failure to comply with the deadlines set forth in this Order may result in the dismissal of the appeal.

September 20, 2021

HONORABLE LEONARD P. STARK
UNITED STATES DISTRICT JUDGE