# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| W. R. Grace & Co, et al. | ) | Bankruptcy Case No. 01-01139 (AMC) |
| Debtor. | ) | BAP Case No. 21-00016 |
| ------------------------------- | ) | |
| GARY SMOLKER | ) | |
| Appellant, | ) | |
| v. | ) | Case No. 1:21-cv-00460-LPS |
| W.R. GRACE & Co, et al ) | | |
| Appellee | ) | |
| _____ | ) | Related Document No. 12 filed 06/07/21 |

FILED SEP 21 2021 U.S. DISTRICT COURT DISTRICT OF DELAWARE

**NOTICE OF EMERGENCY MOTION AND EMERGENCY MOTION SEEKING MODIFICATION OF JUNE 7, 2021 BRIEFING SCHEDULE ORDER AND REQUEST FOR IMMEDIATE EXTENSION OF THE DUE DATE OF APPELLANT'S OPENING BRIEF WHICH IS CURRENTLY STATED THEREIN AS BEING DUE ON SEPTEMBER 21, 2012**

**NOTICE**

A copy of this notice of emergency motion and emergency motion was sent separately to (1) Roger Higgins, Esq., (2) James E. O'Neill, Esq., and (3) Laura Davis Jones, Esq., via email and by U.S. Mail on September 17, 2021. See attached Proof of Service.

Each of those three attorneys is an attorney representing Appellee W.R. Grace & Co. ("GRACE") in this appeal.

1

## EXECUTIVE SUMMARY

On June 7, 2021, Judge Stark issued and filed a "Briefing Schedule Order" ("ORDER") in Appeal Case No. 1:21-cv-00460 setting a deadline of September 21, 2021 for me Gary Smolker, Appellant In Pro Per ("SMOLKER") to file SMOLKER'S "Appellant's Opening Brief."

Due to circumstances beyond my control, I will not be able to file a quality "Appellant's Opening Brief" by September 21, 2021, and request an extension of time of 172 days until April 3, 2022 to file my "Appellant's Opening Brief."

Judge Stark's ORDER also provides that on or before July 7, I shall file my designations required by Federal Rules of Bankruptcy Procedure 8009 ("DESIGNATION") and motion to supplement record if any.

Due to circumstances beyond my control I was not able to file a quality DESIGNATION or any motion to supplement the record. I request an extension of time of 120 more days until February 19, 2022 to do so.

## LEGAL AUTHORITY AND ARGUMENT

All litigants, including myself, have a guaranteed right to ask for more time to file any legal document.

There are a host of statutes providing the Court with authority to extend time for filing documents including, but not limited to, Federal Rules of Civil Procedure 6(b); Federal Rules of Civil Procedure 15(a) (2); in the Appellate Courts, Federal Rule of Appellate Procedure 26(b); and, in the Bankruptcy Court, 11 United States Code Section 105 as well as Federal Rule of Bankruptcy Procedure 9006.

Each of these rules is grounded on due process standards.

The size of the Record on Appeal in Appeal Case No. 1:21-cv-00460-LPS must be considered.

I found some thirty-three (33) bankruptcy docket entries that relate to the record on appeal in Appeal Case Number 1:21-civ-00460. These documents total approximately 2500 pages. There are an additional 105 pages of transcripts as well. GRACE designated additional documents that I was not aware of.

Reviewing these documents in preparation for drafting an opening brief is itself a significant task that requires considerable uninterrupted time.

Since June 7, 2021, I have desperately needed time to look for a new place to live, because the rented condo I was living in became uninhabitable on or before May 14, 2021.

As a result of the rented condo I was living in becoming uninhabitable I moved into a hotel room at the Courtyard by Marriott (MARRIOTT) in Woodland Hills, California.

Since then I have been paying over $9,000 per month to stay in a 470 square foot hotel room at the MARIOTT and to keep my substantial personal belongings in my rented condo.

I am currently paying the Courtyard by Marriott in Woodland Hills, California over $6,000 per month to stay in a 470 square foot hotel room, the largest room available at the Courtyard by Marriott in Woodland Hills, California.

I am currently paying my landlord over $3,000 per month to keep my personal belongings in my uninhabitable rented condominium.

Since Judge Stark issued his ORDER on June 7, 2021, I have had to respond to the following actions taken by Judge Stark, to the following actions taken by GRACE, to the following actions taken by Judge Chan, and to the following actions taken by Chief U.S. Magistrate Judge Thynge, and I did so, instead of spending my time preparing my "Appellant's Opening Brief."

- Complying with Judge Stark's June 7, 2021 order to file a Designation of Record on Appeal on or before July 7, 2021.
- Preparing a Motion to Extend Time to File Appellant's Opening Brief and to Modify Judge Stark's June 7, 2021 Briefing Schedule Order.
- Preparing a Motion for Permission to File an Ex Parte Motion for Sanctions against Grace Attorneys in Bankruptcy Court.
- Preparing a Notice of Appeal, etc. of United States Bankruptcy Judge Chan's ruling on my request for Permission to File an Ex Parte Motion which is the subject of Appeal Case. No.1:21-cv-00987-LPS.

- Preparing an Opposition to GRACE attorneys' motion to cancel June 24, 2021 hearing date set by the court to hear a sanctions motion to be filed by me in Appeal Case No. 1:21-cv-00987. United States Bankruptcy Judge Chan's ruling on that motion is the subject of Appeal Case No. 1:21-civ-00987-LPS.
- Preparing a Notice of Appeal of United States Judge Chan's June 22, 2021 rulings on my request for permission to file an ex parte sanction motion and GRACE's motion to cancel June 24, 2021 hearing in Appeal Case No. 1:21-cv-00987-LPS.
- Preparing a Designation of Record on Appeal in Appeal Case No. 1:21-cv-00987.
- Preparing a submission requested by Chief U.S. Magistrate Judge Thynge in Appeal Case No. 1:21-cv-00987-LPS.
- Preparing an OPPOSITION to GRACE'S Motion to Dismiss Appeal Case No. 1:21-cv-00987.
- Preparing an OBJECTION to Chief U.S. Magistrate Judge Thynge's August 9, 2021 "Recommendation" that Appeal Case No. 1:21-cv-00987-LPS should be removed from the District Court's Mediation program.
- Preparing a "Request for Leave to File Reply in Support of Opposition to Chief U.S. Magistrate Judge Thynge's Recommendation in Appeal Case No. 1:21-cv-00987-LPS.
- **Preparing a Motion to Disqualify Judge Stark from hearing any matter in this appeal case, Appeal Case No. 1:21-cv-00460 ("MOTION").**
- **My MOTION was served on GRACE attorneys Roger Higgins, James E. O'Neill, and Laura Davis Jones by U.S. Mail and by email on September 17, 2021.**
- **The original of my MOTION was delivered to Federal Express on September 17, 2021 for delivery to the United States District Court in Wilmington, Delaware on Monday, September 20, 2021.**

**Judge Stark issued Judge Stark's June 7, 2021 "Briefing Schedule Order" without receipt of any input from me.**

Substantially all of my time after June 7, 2021 has been taken up (1) preparing a motion seeking an extension of time to file my appellant's opening brief and other pleadings in Appeal Case No. 1:21-CV-00460 –LPS, (2) responding to actions taken by GRACE'S attorneys, (3) responding to actions taken by Honorable Ashely M. Chan, United States Bankruptcy Judge, (4) responding to actions taken by Honorable Mary Pat Thynge, Chief Magistrate Judge for the Delaware District

4

of the United States District Court, and (5) preparing a Motion to Disqualify Judge Stark from making any ruling in this appeal case.

While I have been staying at the MARRIOTT, I have been cut off from ready access to more than 900 books in my rented condo which I used regularly before I stopped staying in my rented condo on May 14, 2021.

While, I have been staying at the MARRIOTT I have been cut off from access to my large iMac Computer and three printers in my rented condo.

While, I have been staying at the MARRIOTT, I have not had a kitchen in my hotel room. I have had to eat all my meals out.

While living at the MARRIOTT my weight has shot up significantly, and so has my blood pressure.

My blood pressure shot up to 193/105 on August 9, 2021.

I have damaged lungs, high blood pressure and I am a "heart patient" who has three stents installed in my arteries.

As a result of the fast pace of litigation described above:

- I have not been able to see doctors which I need to consult.
- I have not been able to do necessary exercises that I need to do.
- I have not been able to eat at regular times or to eat healthy means.
- I have not been able sleep properly.

In order to stay afloat financially, I need to immediately find a new place to live and to remove my personal belongings from my rented uninhabitable abode.

The last time I looked for a new place to reside it took me ninety days to find the condo I now rent and to take occupancy of the condo I now rent.

**I cannot reasonably rearrange to have enough funds to continue to pay over $9,000 per month while I look for a new place to live.**

**I need to start looking full time for a new place to live in order to avoid becoming destitute and homeless.**

A few days after my May 14 check in at the MARRIOTT, on May 20, 2021, I had air samples taken in my rented home by a nationally recognized environmental consultant.

An analysis of those air samples determined that toxic mold Stachybotrys is present in the walk-in closet in the master-bedroom, in the master-bedroom, and in the master-bathroom in my rented home.

I rented and took occupancy of the property in question (my rented condo/home) as my primary residence on June 1, 2015.

**My rented condo home consists of: [Exhibit Page Number of exhibit to Declaration of Laruen Elder dated June 20, 2021 which is filed in support of this motion to extend due date for filing Appellant's Opening Brief filing due date ]**

- A large 224" X 239"master bedroom [89], with a 90" X 94" X 90" extra-large king sized bed with canopy top [90], chest of drawers with TV set on top [93, 94], night stands [91], a 20" X 20" X 27" swivel book stand in it, and various wall hangings, lamps, and lamp stands,
- There is a 90" X 53" balcony adjacent to the master bedroom accessible only through the master bedroom [39],
- A large 108" X 122" master bathroom [2], with a large 58" X 31" X 76" bath tub, and a beautiful glass enclosed shower [2] next to the bath tub,
- The master bathroom has two sinks placed in a 80" X 23" counter top with cabinets under the counter-top [5, 6] and two mirrors above the sinks and cabinets [5],
- A second 120" X 83" normal size bath room,
- A very large walk-in-closet connected to the master bedroom, which takes up an entire 127" X 76" wall [106],
- A fully furnished and equipped 161" X 161" study [42] with large 77" X 31" [43] desk, a 55" X 13" hutch on top of the desk [57], a 29" X 36" swivel desk chair [61], 77" X 92" six floor to ceiling book cases [60], two filing cabinets – one 18" X 52" [62] the other 17" X 27.5" [64] with a 17" X 10" Dell printer on top of it [63] -. A 31" X 35" mobile piece of furniture with four storage cabinets [65], a stand-alone 16" X 13.5" addition on top of a book case [66] which is 15' X 77" tall [67], and a

very large closet in front of which are two sets of 64" X 80" sliding glass mirrors [47] behind which is the very large 150" 29" X 98" closet [55],
- A hallway with a built in storage cabinet where SMOLKER stores office supplies and professional notebooks, and CDs,
- A fully equipped 155" X 106" kitchen [68, 69,] with a 36" X 155" [70, 84] counter with two sinks [83] separating the kitchen from the living room,
- A large living room with a playpen couch consisting of multiple parts and an 52"X 52"X17" ottoman [13, 14, 15, 16, 17, and 18],
- Also in living room: a 14" X 7" Brothers Printer on a 24" X 26" side table [21, 22],
- In the living there is also a 55' X 54" table with a lamp, a HP Color Printer and an iMac computer in living room [23, 25] with four 19" X 32" chairs to sit on around the table [24],
- There is a 15" X 79" bookcase and a 32" X 71" book case against one wall in living room,
- There is a 48" X 28" X 39" reading chair in the living room [34],
- Behind the reading chair is a sliding glass door which leads to an outside 87" X 73" balcony accessible only through the living room [40],
- On the balcony is a 56" X 23" X 53' bar-b-q [41],
- There is a 52" X 32" TV screen over a fire place in the living room [33]
- The fireplace is a 45" X 47" "fireplace" [19],
- a 57" X 89" entry way [8],
- There are private balconies next to the master bedroom, next to the study and next to the living room,
- Access to the private balcony next to the master bedroom is accessible only from the master bedroom,
- Access to the private balcony next to the study is accessible only through the study,
- Access to the private balcony adjacent to the living room is accessible only through the living room,
- There is a 27" X 72"room containing a washer and a dryer [11], and
- There is a 55" X 37" room where SMOLKER stores laundry and kitchen supplies [12].

Per a written lease I continue to pay my landlord $3,320.26 per month as rent.

**A copy of that lease is attached as Exhibit 4 to list of exhibits dated July 4, 2021 filed in support of this Motion to Modify Briefing Schedule to extend time for me to file my Appellant's Opening Brief.**

I have paid my landlord $3,320.26 per month in May, June, July, August, and September 2021 for peaceful occupancy and quiet enjoyment of my rented condo home; albeit I have been deprived of the quiet and peaceful enjoyment of my rented condo home at the latest since May 14, 2021.

**I cannot continue to pay over $9,000 per month for staying at the MARRIOTT and keeping my personal library of over 900 books, and my extensive personal belongings in my rented condo home.**

I have had brought to Kinko's Federal Express today (September 18, 2021) a Fed Ex Large Box full of documents in support of this motion and a Fed Ex Medium Size Box full of documents in support of this motion for filing and delivery to the Clerk's Office of the United States District Court in Wilmington, Delaware on Monday, September 20, 2021.

This case is a nightmare.

It is a horrible example of dysfunction of the judicial system.

The Senate Judiciary Committee is currently investigating mishandling by the FBI of sexual abuse claims brought by gold medal winning US gymnasts Aly Raisman, Simone Biles, Mckalhla Marone, and Maggie Nichols against former US Olympic Gymnastics team doctor Larry Nassar.

The way this case has been mishandled so far by the judicial system is as horrible as the mishandling by the FBI and by the US Women's Olympic Committee organization of the claims of sexual abuse against the team doctor Larry Nassar.

Laws designed to protect the public from being poisoned by pesticides have been flagrantly violated by GRACE with impunity.

GRACE'S attorneys have acted unethically with impunity.

**BASIS OF TIME EXTENSIONS REQUESTED**

It took me 90 days to find and move to the rented condo I now call my "home."

I will need 90 days to look for and find a comparable new abode to rent and to move into.

I need time to review the record on appeal to see if all the documents I filed were included on the Bankruptcy Court docket.

I do not practice law in any federal district court or in any bankruptcy court.

I presently do not have access to the court filing system or to PACER.

I will need to gain access to PACER to find out what is actually on the docket.

I know there are many additional pleadings to supplement the record.

I was not aware of the existence of documents specified by GRACE in its counter-designation of record on appeal.

After I have reviewed records of documents filed I will need 20 days to file my motion to supplement the record on appeal.

I will need 60 days after I fill my motion to supplement the record and the court rules on my motion to prepare and file my appellant's opening brief.

The public and I have suffered and will continue to suffer physical damages to our bodies, to our physical and mental wellbeing and to our lives as a result of judicial mishandling of my action against GRACE.

I must be given a reasonable amount to time to review and supplement the record on appeal and thereafter a reasonable amount of time to file my "Appellant's Opening Brief" so that the District Court will be able to set the record straight.

GRACE and its attorneys with the cooperation of the judiciary have cooperated in suppressing information regarding the toxicity and danger of unprotected contact with the pesticide product known as SYLOID 244 sold for the eradication of termite infestations.

This pesticide product was illegally manufactured and was illegally sold by GRACE and used for the eradication of termite infestations in my condominium in Playa del Rey, California.

My claims against GRACE have been in litigation since 1997.

Due process to which a party is entitled includes adequate time to prepare briefs or other documents that fully advance that party's interest.

There will be no prejudice to GRACE by allowing me the extra time requested.

The public and I will suffer great prejudice if the extension of time I request is not granted to me.

I cannot continue to pay in excess of $9,000 per month to stay in the MARRIOTT while a significant number of my personal possessions remain in my rented condo.

I have repeatedly reached out to GRACE through opposing counsel to agree to my request for additional time to file my opening brief, etc.

GRACE steadfastly refused to agree to any extension of time.

Respectfully submitted,

_____
Gary Smolker, Appellant, In Pro Per
Cell Phone: (310) 749-9735   Office Phone: (818) 788-7290
Email: GSmolker@aol.com
16055 Ventura Blvd., Suite 525
Encino, CA. 91436

## DECLARATION OF GARY SMOLKER IN SUPPORT OF MOTION REQUESTING MODIFICATION OF JUNE 7, 2021 BREIFING ORDER AND AN IMMEDIATE EXTENSION OF TIME TO FILE APPELLANT'S OPENING BRIEF

I, Gary Smolker, make each of the following statements of fact and opinion on the basis of my own personal knowledge.

Exhibits 1 – 115 of Exhibits filed herewith and referred to as being referred to in this Declaration of Gary Smolker in Support of Emergency Motion seeking modification of Judge Stark's June 7, 2021 Briefing Schedule Order are true and accurate representations of what they appear to be.

Exhibits 1- 115 were served on GRACE attorneys Roger Higgins, James E. O'Neill and Laura Davis Jones via US Mail at the addresses and on the dates stated in the proof of service attached to each set of exhibits.

Documents filed in support of this motion attached to the Declarations of Lauren Elder dated June 30, 2021, July 22, 2021, August 2, 2021, and August 11, 2021 are true and accurate representations of what they appear to be and were served on GRACE attorneys Roger Higgins, James E, O'Neill, and Laura Davis Jones by US Mail at the addresses and on the dates stated in the proof of service attached to each.

I declare under penalty of perjury under the laws of the Unites States of America that all of the above is true and correct.

Executed in Encino, California on September 18, 2021.

*/s/ Gary Smolker*

_____
GARY SMOLKER

*[FILED stamp: SEP 21 2021, U.S. DISTRICT COURT, DISTRICT OF DELAWARE]*

