# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| W. R. Grace & Co, et al. | ) | Bankruptcy Case No. 01-01139 (AMC) |
| Debtor. | ) | BAP Case No. 21-00016 |
| --------------------------------- | ) | |
| GARY SMOLKER | ) | |
| Appellant, | ) | |
| v. | ) | C.A. No. 21-460-LPS |
| W.R. GRACE & Co, et al | ) | Case No. 1:21-cv-00460-LPS |
| Appellee | ) | |
| _____ | ) | Related Document No. 3 filed 4/29/2021 |

FILED SEP 20 2021 U.S. DISTRICT COURT DISTRICT OF DELAWARE

## DECLARATION OF GRAHAME ELDER IN SUPPORT OF APPELLANT GARY SMOLKER'S **EMERGENCY MOTION** SEEKING MODIFICATION OF JUNE 7, 2021 BRIEFING SCHEDULE ORDER

I, GRAHAME ELDER, make each of the following statements on the basis of my own personal knowledge.

**EXHIBIT "1"**

Attached hereto as Exhibit "1" is an exact copy of an email sent by my daughter Lauren Elder on August 16, 2021 to Appellee W.R. Grace & Co.'s ("GRACE'S") attorneys Roger Higgins, Laura Davis Jones, and James E. O'Neill.

In Ms. Lauren Elder's email [attached hereto as Exhibit "1"] reference is made to 15 separate sets of exhibits mailed separately to each of those three GRACE attorneys.

1

Each set of exhibits consists of documentary evidence in support of Appellant Gary Smolker's ("SMOLKER'S") application to the court to issue an order to extend and change dates specified in Judge Stark's June 7, 2021 "Briefing Schedule Order" filed on June 7, 2021 as Docket 12 in Appeal Case 1:21-CV-0460-LPS.

A Proof of Service of each page is attached to each set of exhibits. I have looked at each proof of service.

I have looked at all the documents contained in the 15 separate sets of exhibits.

Set of Exhibits numbered 9, 10, and 11 in Ms. Lauren Elder's email consist of only one exhibit each.

Item number nine consists only of Exhibit 43.

Item number 10 consists only of Exhibit 43.

Item number 11 consists only of Exhibit 44.

I have counted the number of pages of documentary evidence contained in each set of exhibits.

I have counted the number of separate pieces of evidence contained in each package.

I have created an Excel Spread Sheet which summarizes my observations.

Each Excel Spread Sheet states a number of a particular package of documents referred to in Ms. Lauren Elder's email.

The first column in each of the attached exhibits contains a number corresponding to the number in the attached email from Ms. Lauren Elder to GRACE'S attorneys.

The column to the right of each package number is the name stated in the attached email to GRACE'S attorneys.

The column to the right of the description of the documents is the stated the number of pages of documentary evidence I personally counted in that particular package of documents.

The column to the right of my statement of the number of pages of evidence I personally observed contained in each group of exhibits is the number of pieces of documentary evidence I personally counted in that particular group of exhibits.

The column to the right of my representation of the number of pages of documentary evidence I personally observed in the group of exhibits is stated the date stated of service on which Ms. Lauren Elder, or myself, personally served the attached group of documents separately on each of GRACE'S three attorneys.

The names of the three GRACE attorneys stated on each proof of service are: Roger Higgins, Esq., Laura Davis Hones, Esq., and James E. O'Neill, Esq.

The address of each attorney is stated on each proof of service.

**EXHIBIT "2"**

Exhibit "2" lists five packages containing Declarations of Lauren Elder served separately on each GRACE'S three attorneys as well as the information described above.

A total of 272 (two hundred seventy-two) pieces of evidence personally served by Ms. Lauren Elder on GRACE"S three attorneys are referred to in Exhibit 2.

**EXHIBIT "3"**

Exhibit "3" lists eight packages of Exhibits served separately on each GRACE'S three attorneys as well as the information described above.

Ms. Lauren Elder personally served seven of those packages separately on each of GRACE'S three attorneys.

I personally served one of those packages of documents separately on GRACE's three attorneys.

A total of 331 (three hundred thirty-one) separate pieces of evidence are referred to in Exhibit "3."

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on August 27, 2021 at Encino, California.

*[signature]*

Grahame Elder

# EXHIBIT "1"

From: **Lauren Elder** <laurenashleye@gmail.com>
Date: Mon, Aug 16, 2021 at 6:01 PM
Subject: Emergency Motion for More Time to File Pleadings in Case Number: 1:21-cv-00460-LPS
To: <rhiggins@rogerhigginslaw.com>, <ljones@pszjlaw.com>, <joneill@pszjlaw.com>
CC: Gary Smolker <Gsmolker@aol.com>

Mr. Higgins, Ms. Jones and Mr. O'Neill:

You have been served individually and separately by U.S. mail at the following addresses: Law Offices of Roger Higgins, LLC 516 North Ogden Avenue, Suite 136 Chicago, IL 60642; James E. O'Neill, Esq., Pachulski Stang Ziehl and Jones LLC 919 North Market Street - 17th Floor Wilmington, DE 19899; and Laura Davis Jones, Esq.,Pachulski Stang Ziehl and Jones LLC 919 North Market Street - 17th Floor Wilmington, DE 19899 with the following documents on the date set forth after the document.

1. **DECLARATION OF LAUREN ELDER IN SUPPORT OF MOTION TO CHANGE BRIEFING SCHEDULE, ETC.**
   [Photographs taken on May 19 and May 20, 2021 by Lauren Elder]

   Served on: June 30, 2021

2. **DECLARATION OF LAUREN ELDER IN SUPPORT OF MOTION TO CHANGE BRIEFING SCHEDULE, ETC.**
   [Gary Smolker's Additional Living Expenses in the Time Period May 14, 2021 through June 25, 2021]

   Served on: June 30, 2021

3. **JULY 22, 2021 DECLARATION OF LAUREN ELDER IN SUPPORT OF MOTION TO CHANGE BRIEFING SCHEDULE, ETC.]**
   [Gary Smolker's Additional Living Expenses in the Time Period May 14, 2021 through July 22, 2021]

   Served on: July 2, 2021

4. **AUGUST 2, 2021 DECLARATION OF LAUREN ELDER IN SUPPORT OF MOTION TO CHANGE BRIEFING SCHEDULE, ETC.]**

[Gary Smolker's Additional Living Expenses in the Time Period May 14, 2021 through August 2, 2021]

Served on: August 2, 2021

5. **EXHIBITS REFERRED TO IN DECLARATIONOF GARY SMOLKER IN SUPPORT OF EMERGENCY MOTION** SEEKING MODIFICATION OF JUNE 7, 2021 BRIEFING SCHEDULE ORDER, ETC.
[ EXHIBITS 1-21]

Served on: July 3, 2021

6. **EXHIBIT 22:** REFERRED TO IN DECLARATION OF GARY SMOLKER IN SUPPORT OF EMERGENCY MOTION SEEKING MODIFICATION OF JUNE 7, 2021 BRIEFING SCHEDULE ORDER, ETC.

Served on: July 30, 2021

7. **EXHIBITS 23-32:** REFERRED TO IN DECLARATION OF GARY SMOLKER IN SUPPORT OF EMERGENCY MOTION SEEKING MODIFICATION OF JUNE 7, 2021 BRIEFING SCHEDULE ORDER, ETC.

Served on: July 30, 2021

8. **EXHIBITS 33-42(D):** REFERRED TO IN DECLARATION OF GARY SMOLKER IN SUPPORT OF EMERGENCY MOTION SEEKING MODIFICATION OF JUNE 7, 2021 BRIEFING SCHEDULE ORDER, ETC.

Served on: August 2, 2021

9. **EXHIBIT 43:** In Mr. Roger Higgins ("HIGGINS") in a June 1, 2021 ex-parte written communication with Judge Stark, HIGGINS states, "On May 31, 2021, Mr. Smolker responded with three pieces of email correspondence. See attachments 3 (without attachment), 4 (without attachment) & 5. HIGGINS also states, "The attachments to Mr. Smolker's two emails are a pair of letters regarding Mr. Smolker's insurance claim. Together they total more than 140 pages of information not relevant to the Scheduling Motion, this Court's Order, or the appellate briefing schedule." Exhibit 43 is a copy of a May 28, 2021 letter to State Farm Claims Adjuster, Mirek Robak, which HIGGINS did not attach to HIGGIN'S June 1, 2021 letter to Judge Stark.

The May 28, 2021 letter which Higgins did not attach is 81 pages in length. It includes medical documentation regarding the condition of Mr. Smolker's lungs, the condition of Mr. Smolker's health, and an analysis of air samples taken in Mr. Smolker's rental unit on May 20, 20210.

Served on: August 2, 2021

10. **EXHIBIT 44:** Exhibit "44" is another attachment HIGGINS failed to include in HIGGINS June 1, 2021 written ex parte communication with Judge Stark. Exhibit 44 is a 52 page letter to State Farm sent via email on May 17, 2021.

    Served on: August 2, 2021

11. **EXHIBIT 45:** Emergency Cardiac Catheterization Report made by Christopher E. Buller, MD on September 14, 2013. Mr. Smolker had a heart attack

    Served on: August 2, 2021

12. **EXHIBIT 46-55:** Referred to in Declaration of Gary Smolker in support of Emergency Motion seeking modification of June 7, 2021 Briefing Schedule Order, etc.

    Served on: August 6, 2021

13. **EXHIBIT 56-67:** Referred to in Declaration of Gary Smolker in support of Emergency Motion seeking modification of June 7, 2021 Briefing Schedule Order, etc.

    Served on: August 6, 2021

14. **EXHIBIT 68-96:** Referred to in Declaration of Gary Smolker in support of Emergency Motion seeking modification of June 7, 2021 Briefing Schedule Order, etc.

    Served on: August 6, 2021

15. August 11, 2021 Declaration of Lauren Elder in **Support of Emergency Motion** seeking Modification of June 7, 2021 Briefing Schedule Order, etc.

    Served on: August 11, 2021

It is Appellant Gary Smolker's position that each of the above set of documents is factual evidence that supports Mr. Smolker application for more time to do the acts specified in Judge Stark's June 21, 2021 Order Re Briefing Schedule, including more time to submit an amended Designation of Record on Appeal and Statement of Issues on Appeal, more time to submit a motion to supplement the record on appeal, and more time to file Appellant Gary Smolker's Opening Brief.

It is Mr. Smolker's position that W.R. Grace & Co.'s bullying and your fraudulent conduct has forced Mr. Smolker to pay $19,232.91 to Courtyard by Marriott in Woodland Hills.

It is Mr. Smolker's position that unless Mr. Smolker's request for more time is granted Mr. Smolker will be forced to unnecessarily pay more money to Courtyard by Marriott.

Mr. Smolker is still preparing his motion requesting more time to do the acts specified in Judge Stark's June 21, 2021 order.

Mr. Smolker will let you know when he has finished preparing that motion.

Very Truly yours,
Lauren Elder, Assistant to Appellant Gary Smolker

--
Sent from Gmail Mobile

# EXHIBIT "2"

| Item | Declaration of Lauren Elder | Pages | Pieces of evidence | Date of Service |
|---|---|---|---|---|
| 1 | DECLARATION OF LAUREN ELDER IN SUPPORT OF MOTION TO CHANGE BRIEFING SCHEDULE, ETC. [Photographs taken on May 19 and May 20, 2021 by Lauren Elder] | 115 | 113 | June 30, 2021 |
| 2 | DECLARATION OF LAUREN ELDER IN SUPPORT OF MOTION TO CHANGE BRIEFING SCHEDULE, ETC. [Gary Smolker's Additional Living Expenses in the Time Period May 14, 2021 through June 25, 2021] | 90 | 76 | June 30, 2021 |
| 3 | DECLARATION OF LAUREN ELDER IN SUPPORT OF MOTION TO CHANGE BRIEFING SCHEDULE, ETC. [Gary Smolker's Additional Living Expenses in the Time Period May 14, 2021 through July 22, 2021] | 49 | 30 | July 2, 2021 |
| 4 | DECLARATION OF LAUREN ELDER IN SUPPORT OF MOTION TO CHANGE BRIEFING SCHEDULE, ETC. [Gary Smolker's Additional Living Expenses in the Time Period May 14, 2021 through August 2, 2021] | 40 | 25 | August 2, 2021 |
| 15 | In motion to change Briefing Schedule August 11, 2021 Declaration of Lauren Elder in Support of Emergency Motion seeking Modification of June 7, 2021 Briefing Schedule Order, etc. | 39 | 28 | August 11, 2021 |
| Totals | | 333 | 272 | |

# EXHIBIT "3"

| Item | Exhibit Numbers | Pages | Pieces of evidence | Date of Service |
|---|---|---|---|---|
| 5 | 1 - 21 | 115 | 92 | July 3, 2021 |
| 6 | 22 | 69 | 68 | July 30, 2021 |
| 7 | 23 - 32 | 19 | 19 | July 30, 2021 |
| 8 | 33 - 42 (D) | 20 | 20 | August 2, 2021 |
| 9 | 43 | 83 | 14 | August 2, 2021 |
| 10 | 44 | 53 | 43 | August 2, 2021 |
| 11 | 45 | 5 | 1 | August 2, 2021 |
| 12 | 46 - 55 | 22 | 10 | August 6, 2021 |
| 13 | 56 - 67 | 83 | 30 | August 6, 2021 |
| 14 | 68 - 96 | 39 | 18 | August 6, 2021 |
| | | | | |
| **Totals** | **1 - 96** | **508** | **315** | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
Case No. 21-00987 - LPS

I am a resident of the State of California, over the age of eighteen years, and not a party to this action. My business address is 16055 Ventura Blvd., Suite 525, Encino, CA 91436.

On August 27, 2021, I served the following titled and attached document:

DECLARATION OF GRAHAME ELDER IN SUPPORT OF APPELLANT GARY SMOLKER'S **EMERGENCY MOTION** SEEKING MODIFICATION OF JUNE 7, 2021 BRIEFING SCHEDULE ORDER

__X__ VIA MAIL, by placing a true copy of the document listed above in a sealed envelope with postage fully prepaid in United States mail in the State of California, at Encino, California, addressed as set forth below:

Law Offices of Roger Higgins, LLC, Attention Roger Higgins Esq., 516 North Ogden Ave., Suite 136, Chicago, Illinois 61642, USA

Pachulski Stang Ziehl & Jones, LLP, Attention James E. O'Neill, Esq., 919 North Market Street, 17th floor, Wilmington, Delaware 19899-8705

Pachulski Stang Ziehl & Jones, LLP, Attention Laura Davis Jones, Esq., 919 North Market Street, 17th floor, Wilmington, Delaware 19899-8705

Executed on August 27, 2021, at Encino, California.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

_____
Grahame Elder