September 18, 2021

**To: Clerk's Office**
United States District Court
For District of Delaware
844 North King Street
Wilmington, DE 19801

BOX 2 OF PLEADINGS TO BE FILED
IN THE FOLLOWING APPEAL CASE

In Re: W.R. Grace & Co., et al
Case Number: 1:21-cv-00460-LPS

FILED
SEP 20 2021
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Dear Clerk:

I am sending two boxes containing documents to be filed in the above appeal..

Please file the pleading listed below and date stamp the enclosed extra first pages of each pleading, to show date of filing and docket number. And return date stamped copies in the attached postage prepaid self addressed envelope.

1. **EXHIBITS 1-21:** Referred to in Declaration of Gary Smolker in support of Emergency Motion seeking modification of June 7, 2021 Briefing Schedule Order, etc.

2. **EXHIBIT 22:** Referred to in Declaration of Gary Smolker in support of Emergency Motion seeking modification of June 7, 2021 Briefing Schedule Order, etc.

3. **EXHIBITS 23-32:** Referred to in Declaration of Gary Smolker in support of Emergency Motion seeking modification of June 7, 2021 Briefing Schedule Order, etc.

4. **EXHIBITS 33-42(D):** Referred to in Declaration of Gary Smolker in support of Emergency Motion seeking modification of June 7, 2021 Briefing Schedule Order, etc.

5. **EXHIBIT 43:** In Mr. Roger Higgins ("HIGGINS") in a June 1, 2021 ex-parte written communication with Judge Stark, HIGGINS states, "On

May 31, 2021, Mr. Smolker responded with three pieces of email correspondence. See attachments 3 (without attachment), 4 (without attachment) & 5. HIGGINS also states, "The attachments to Mr. Smolker's two emails are a pair of letters regarding Mr. Smolker's insurance claim. Together they total more than 140 pages of information not relevant to the Scheduling Motion, this Court's Order, or the appellate briefing schedule." Exhibit 43 is a copy of a May 28, 2021 letter to State Farm Claims Adjuster, Mirek Robak, which HIGGINS did not attach to HIGGIN'S June 1, 2021 letter to Judge Stark.

The May 28, 2021 letter which Higgins did not attach is 81 pages in length. It includes medical documentation regarding the condition of Mr. Smolker's lungs, the condition of Mr. Smolker's health, and an analysis of air samples taken in Mr. Smolker's rental unit on May 20, 20210.

6. **EXHIBIT 44:** Exhibit "44" is another attachment HIGGINS failed to include in HIGGINS June 1, 2021 written ex parte communication with Judge Stark. Exhibit 44 is a 52 page letter to State Farm sent via email on May 17, 2021.

7. **EXHIBIT 45:** Emergency Cardiac Catheterization Report made by Christopher E. Buller, MD on September 14, 2013. Mr. Smolker had a heart attack

8. **EXHIBIT 46-55:** Referred to in Declaration of Gary Smolker in support of Emergency Motion seeking modification of June 7, 2021 Briefing Schedule Order, etc.

9. **EXHIBIT 56-67:** Referred to in Declaration of Gary Smolker in support of Emergency Motion seeking modification of June 7, 2021 Briefing Schedule Order, etc.

**10. EXHIBIT 68-68:** Referred to in Declaration of Gary Smolker in support of Emergency Motion seeking modification of June 7, 2021 Briefing Schedule Order, etc.

**11. EXHIBITS 97-115:** Referred to in Declaration of Gary Smolker in support of Emergency Motion seeking modification of June 7, 2021 Briefing Schedule Order, etc.

Thank you.

Very Truly Yours,

Lauren Elder


