# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| W. R. Grace & Co, et al. | ) | Bankruptcy Case No. 01-01139 (AMC) |
| Debtor. | ) | BAP Case No. 21-00016 |
| ------------------------------- | ) | |
| GARY SMOLKER | ) | |
| Appellant, | ) | |
| v. | ) | Case No. 1:21-cv-00460-LPS |
| W.R. GRACE & Co, et al ) | | |
| Appellee | ) | |
| _____ | ) | Related Documents No. 12, 18, and 19 |

**OCTOBER 1, 2021 DECLARATION OF GARY SMOLKER REGARDING ROOM CHARGES MADE BY COURTYARD BY MARRIOTT IN WOODLAND HILLS FOR TIME PERIOD SEPTEMBER 24, 2021 THROUGH SEPTEMBER 30, 2021**

I, Gary Smolker, declare:

I make each of the following statements on the basis of my own personal knowledge in support of my Emergency Motion Seeking Modification of Briefing Schedule filed on September 21, 2021, and in REPLY to Appellee W.R. GRACE & CO.'S ("GRACE'S") RESPONSE dated September 27, 2021 to my Emergency Motion for Modification of Briefing Schedule and I make this declaration also in support of my REPLY to GRACE'S RESPONSE to my Emergency Motion Under 28 United States Code Section 455 to Disqualify Sitting Judge dated September 27, 2021.

1

I have not been provided with the docket numbers of GRACE'S RESPONSES mentioned above.

On October 1, 2021, today, I received the attached statement of charges made to my credit card by Courtyard by Marriott in Woodland Hills (MARRIOTT) for my stay at the MARRIOTT in the time period September 24, 2021 through September 30, 2021.

Attached hereto as Exhibit "1" is a true and correct accurate copy of a Statement of Charges made to my Credit Card by MARRIOTT which I received this morning.

This statement states that I have been charged $1,323.00 for staying during the time period September 24 through September 30, 2021 in Room Number 412 at the MARRIOTT.

This amount is being charged to a credit card I gave MARRIOTT.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on October 1, 2021 at Encino, California.

*/s/ Gary Smolker*

_____
GARY SMOLKER

