## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| W. R. Grace & Co, et al. | ) | Bankruptcy Case No. 01-01139 (AMC) |
| Debtor. | ) | BAP Case No. 21-00016 |
| ------------------------------ | ) | ___ |
| GARY SMOLKER | ) | |
| Appellant, | ) | |
| v. | ) | Case No. 1:21-cv-00460-LPS |
| W.R. GRACE & Co, et al ) | | |
| Appellee | ) | |
| _____ | ) | Related Documents No. 12, 18,  and 19 |

**FILED**

**OCT 05 2021**

**U.S. DISTRICT COURT**
**DISTRICT OF DELAWARE**

## OCTOBER 1, 2021 DECLARATION OF GARY SMOLKER REGARDING RENT BEING PAID BY GARY SMOLKER TO LANDLORD DASH SENTER

I, Gary Smolker, Appellant in Pro Per, make each of the following statements on the basis of my own personal knowledge in support of my Emergency Motion Seeking Modification of Briefing Schedule filed on September 21, 2021, and in REPLY to Appellee W.R. GRACE & CO.'S ("GRACE'S") RESPONSE dated September 27, 2021 to my Emergency Motion for Modification of Briefing Schedule and I also make this declaration in support of my REPLY to GRACE'S RESPONSE to my Emergency Motion Under 28 United States Code Section 455 to Disqualify Honorable Leonard P. Stark from ruling on hearing any motion or other legal proceeding related to Civil Case No. 1:21-cv-00460-LPS  dated September 27, 2021.

Attached hereto as Exhibit "1" is a true and correct accurate copy of a letter I sent by email and by US Mail to my landlord Dash Senter on September 30, 2021.

In my letter I advise my landlord Dash Senter that I cannot continue to pay him $3,320.26 per month rent and suggest that he agree that I will pay him $300 in October for my rent of his condo to buy time for us to try to amiably work out our next steps.

Our lease contract provides that in order preserve the right to attorney fees we must mediate before initiation of litigation.

In my letter I provide Mr. Senter with four gentlemen to serve as mediators.

I demand that Mr. Senter mediate in the event he does not agree to my proposal that I pay him $300 for October rent to buy us time to try to amiably work out together our next steps.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on October 1, 2021 at Encino, California.

_____
GARY SMOLKER

**FedEx Express**



US DIST. COURT FOR THE DIST. OF DE
844 N. KING STREET

WILMINGTON DE 19801

(000) 000-0000          REF:

DEPT:

**FILED**

OCT 05 2021

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

TRK# 2844 4116 7296
0201

MON - 04 OCT 10:30A
PRIORITY OVERNIGHT

**XB ZWIA**

19801
DE-US   PHL

RT **747**   **1**   **D**
10:30   7296
10.05

FZ



**FILED**

OCT 05 2021

U.S. DIS    T COURT
DISTRICT OF DELAWARE