# TRANSCRIPT PURCHASE ORDER
## For Third Circuit Court of Appeals

District Court: District of Delaware

Court of Appeals Docket No. 22-1202

District Court Docket No. 1-21-cv-00460-LPS

Short Case Title: Re: WR Grace & Co.

Date Notice of Appeal Filed by Clerk of District Court: 2-2-2022

**Part 1.** (To be completed by party responsible for ordering transcript)

NOTE: A SEPARATE FORM IS TO BE TYPED FOR EACH COURT REPORTER IN THIS CASE.

**A.** Complete one of the following and serve ALL COPIES:

TRANSCRIPT:
- [X] None
- [ ] Unnecessary for appeal purposes.
- [ ] Already on file in the District Court Clerk's office.
- [ ] This is to order a transcript of the proceedings heard on the date listed below from _____ (Court Reporter)

(Specify on lines below exact date of proceedings to be transcribed). If requesting only partial transcript of the proceedings, specify exactly what portion or what witness testimony is desired.

_____

If proceeding to be transcribed was a trial, also check any appropriate box below for special requests; otherwise, this material will NOT be included in the trial transcripts.

- [ ] Voir dire;
- Opening statement of [ ] plaintiff [ ] defendant
- Closing argument of [ ] plaintiff [ ] defendant
- [ ] Jury instructions
- [ ] Sentencing Hearings

FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED, OR FAILURE TO MAKE PROMPT SATISFACTORY FINANCIAL ARRANGEMENTS FOR TRANSCRIPT, ARE GROUNDS FOR DISMISSAL OF THE APPEAL OR IMPOSITION OF SANCTIONS.

**B.** This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the cost of the transcript. The method of payment will be:

- [ ] Criminal Justice Act (Attach copy of CJA form 24)
- [ ] Motion for transcript has been submitted to District Court Judge
- [ ] Private Funds

Signature: _____  Date: _____
Print Name: _____  Counsel for: _____
Address: _____  Telephone: _____

**Part II.** COURT REPORTER ACKNOWLEDGEMENT (To be completed by the Court Reporter and forwarded to the Court of Appeals on the same day transcript order is received.)

| Date transcript order received | Estimated completion date; if not within 30 days of date financial arrangements made, motion for extension to be made to Court of Appeals | Estimated number of pages |
|---|---|---|
| | | |

- [ ] Arrangements for payment were made on _____
- [ ] Arrangements for payment have not been made pursuant to FRAP 10(b)

Date | (Name of Court Reporter) | Telephone

**Part III.** NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT (To be completed by court reporter on date of filing transcript in District Court and notification must be forwarded to Court of Appeals on the same date.)
This is to certify that the transcript has been completed and filed with the District Court today.

Actual Number of Pages: _____  Actual Number of Volumes: _____

Date  Signature of Court Reporter

IN THE UNITED STATES COURT OF APPEAL
FOR THE THIRD DISTRICT
Case No. 22-1202

I am a resident of the State of California, over the age of eighteen years, and not a party to this action. My business address is 16055 Ventura Blvd., Suite 525, Encino, CA 91436.

On January 10, 2022, I served the following titled and attached document:

Transcript Purchase Order Form for Court of Appeals Case Number 22-1202

__X__ VIA MAIL, by placing a true copy of the document listed above in a sealed envelope with postage fully prepaid in United States mail in the State of California, at Encino, California, addressed as set forth below:

Roger Higgins, Esq, Law Offices of Roger Higgins, LLC., 516 North Ogden Ave., Suite 136, Chicago, Illinois 61642

Laura Davis Jones, Esq, Pachulski Stang Ziehl & Jones, LLP, Attention James E. O'Neill, Esq., 919 North Market Street, 17th floor, Wilmington, Delaware 19899-8705

James E. O'Neill, Esq, Pachulski Stang Ziehl & Jones, LLP, 919 North Market Street, 17th floor, Wilmington, Delaware 19899-8705

X Via Federal Express Standard Overnight for delivery to:

United States District Court
844 N King Street, Unit 18
Wilmington, Delaware 19801-3750

Executed on February 10, 2022 at Encino, California.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Sabrina Jones

**TO** UNITED STATES DISTRICT COURT

**844 N KING ST UNIT 18**

**WILMINGTON DE 19801**

(000) 000-0000   REF:
INV:
PO:   DEPT:



FedEx Express

FRI - 11 FEB 4:30P
TRK# 2897 1692 7753   STANDARD OVERNIGHT
0201

**XE ZWIA**   19801
DE-US   PHL

RT 745   6   D
16:30   7753
FZ 749   02.11