GARY S. SMOLKER IDEA EXCHANGE BLOG

FACSIMILE  
(818) 990-9888

SUITE 525  
16055 VENTURA BOULEVARD  
ENCINO, CA 91436-2609  
OFFICE TELEPHONE (818) 788-7290  
CELL PHONE (310) 749-9735

E-MAIL  
GSmolker@aol.com

Feb. 10, 2022

Re: Court of Appeal Case No. 22-1202  
District Court Case No. 1-21-CV-00460-LP

Clerk

Enclosed is an original and a copy of a Transcript Purchase Order for Third Circuit Court of Appeals.

Please file the original, and date stamp the copy and return to me in the enclosed pre-addressed prestamped envelope.

Thank you.

GARY SMOLKER

GARY S. SMOLKER IDEA EXCHANGE BLOG

FACSIMILE
(818) 990-9888

SUITE 525
16055 VENTURA BOULEVARD
ENCINO, CA 91436-2609
OFFICE TELEPHONE (818) 788-7290
CELL PHONE (310) 749-9735

E-MAIL
GSmolker@aol.com

Feb. 10, 2022

Re: Court of Appeal Case No. 22-1202
District Court Case No. 1-21-CV-00460-LA

Clerk

Enclosed is an original and a copy of a Transcript Purchase Order for Third Circuit Court of Appeals.

Please file the original, and date stamp the copy and return to me in the enclosed pre-addressed prestamped envelope.

Thank you.

GARY SMOLKER