OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

John A. Cerino
CLERK OF COURT

844 North King Street, Unit 18
Wilmington, DE 19801-3570
www.ded.uscourts.gov
(302) 573-6170

March 9, 2022

Clerk, U.S. Court of Appeals
for the Third Circuit
Room 21400 U.S.
Courthouse Independence
Mall West 601 Market Street
Philadelphia, PA 19106

**Re:**   USCA Case Number 22-1202
Delaware Case No. **21-cv-00460-LPS**, In Re: W.R. Grace & Co., et al.

Dear Clerk:

Enclosed please find a copy of Gary Smolker's Declaration in Support of his Appeal which was received by the United States District Court for the District of Delaware on 3/9/2022.

Sincerely,

John A. Cerino,
Clerk of Court

/smg

enc.:   Gary Smolker's Declaration
cc:   Gary Smolker  (w/out enc.)