IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| W. R. Grace & Co, et al. | ) | Bankruptcy Case No. 01-01139 (AMC) |
| Debtor. | ) | |
| ------------------------------- | ) | ____ |
| GARY SMOLKER | ) | |
| Appellant, | ) | |
| v. | ) | Civ. No. 21-460-LPS |
| | | Document 65 filed 1/4/22 |
| W.R. GRACE & Co, et al | ) | |
| Appellee | ) | |
| _____ | ) | |

**MARCH 7, 2022 DECLARATION OF LAUREN ELDER IN SUPPORT OF APPELLANT GARY SMOLKER'S MOTION SEEKING TO HAVE JUDGE STARK RECONSIDER THE ORDER HE MADE ON JANUARY 4, 2022 DISMISSING APPELLANT'S APPEAL, DOCUMENT 65 FILED 1/4/22**

I, LAUREN ELDER, make each of the following statements on the basis of my own personal knowledge.

**EXHIBIT "1"**

Attached hereto as Exhibit "1" is a summary of expenses paid by Appellant Gary Smolker in the time period of May 14, 2021 through March 7, 2022 as a result of

1

staying in the Courtyard by Marriott ("MARRIOTT") prepared by me after examining Gary Smolker's financial records.

**EXHIBIT "2"**

Attached hereto as Exhibit "2" is a summary of expenses paid by Appellant Gary Smolker in the time period of May 27, 2021 through March 7, 2022 as a result of staying in the Courtyard by Marriott ("MARRIOTT") prepared by me after examining Gary Smolker's financial records.

**EXHIBIT "3"**

Attached hereto as Exhibit "3" is a summary of expenses paid by Appellant Gary Smolker in the time period of June 22, 2021 through March 7, 2022 as a result of staying in the Courtyard by Marriott ("MARRIOTT") prepared by me after examining Gary Smolker's financial records.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed at Encino, California on March 7, 2022.

_____

Lauren Elder

Align top of FedEx Express® shipping label here.



```
ORIGIN ID:VNYA  (818) 788-7290      SHIP DATE: 03MAR22
NA                                  ACTWGT: 0.25 LB
SMOLKER LAW FIRM                    CAD: 6991178/SSF02300
16055 VENTURA BLVD STE 525
                                    BILL THIRD PARTY
ENCINO, CA 91436
UNITED STATES US

TO  UNITED STATES DISTRICT CO
    UNITED STATES DISTRICT COURT O
    844 N KING ST
    UNIT 18
    WILMINGTON DE 19801
(000) 000-0000           REF:
INV:                          DEPT:
PO:
```

FedEx Express

REL# 3785346

TRK# 2704 3198 7384   FRI - 04 MAR 10:30A
0201                  PRIORITY OVERNIGHT

XE ZWIA               19801
                      DE-US  PHL

RT 747   1  10:30  D
FZ              7384
                03.04



RECEIVED
MAR - 4 2022
US DISTRICT COURT
DISTRICT OF DELAWARE