# EXHIBIT 1

| MAY 14 - MARCH 7, 2022 | |
|---|---|
| **ALL Expenses** | |
| | |
| **Date** | **Price** |
| FOOD | $ 14,503.80 |
| HOTEL | $ 54,998.86 |
| MISC | $ 3,479.32 |
| | |
| **TOTAL** | $ **72,981.98** |