# EXHIBIT 2

| MAY 27 - MARCH 7, 2022 | |
|---|---|
| ALL Expenses | |
| | |
| Date | Price |
| FOOD | $ 13,747.68 |
| HOTEL | $ 52,375.74 |
| MISC | $ 3,054.03 |
| | |
| TOTAL | $ 69,177.45 |