# EXHIBIT 3

| JUNE 22 - MARCH 7, 2022 | |
|---|---|
| ALL Expenses | |
| Date | Price |
| FOOD | $ 12,065.08 |
| HOTEL | $ 49,520.94 |
| MISC | $ 2,552.00 |
| | |
| TOTAL | $ 64,138.02 |