March 2, 2022

**To: Clerk's Office**
United States District Court
For District of Delaware
844 North King Street
Wilmington, DE 19801

ENVELOPE OF PLEADINGS TO BE FILED
IN THE FOLLOWING APPEAL CASE

In Re: W.R. Grace & Co., et al
Case Number: 1:21-cv-00460-LPS

Dear Clerk:

I am sending an envelope containing a document to be filed in the above appeal.

Please file the pleading listed below and date stamp the enclosed extra first page of the pleading, to show date of filing and docket number. And return date stamped copy in the attached postage prepaid self addressed envelope.

1. **DECLARATION RE: MARCH 2, 2022**

Thank you.

Very Truly Yours,

*[signature]*

Lauren Elder