IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
Civ. No. 21-460-LPS

I am a resident of the State of California, over the age of eighteen years, and not a party to this action. My business address is 16055 Ventura Blvd., Suite 525, Encino, Encino CA 91436.

On March 7, 2022 I caused to be served the following titled and attached document on attorneys for W.R. Grace & Co. by causing a true and correct copy to be enclosed securely in separate fully pre-paid envelopes and deposited it with the United State Postage Service in Encino, California to be delivered via first class mail to those parties listed below.

**MARCH 7, 2022 DECLARATION OF LAUREN ELDER IN SUPPORT OF APPELLANT GARY SMOLKER'S MOTION ASKING HONORABLE LEONARD P. STARK, UNITED STATES DISTRICT COURT JUDGE TO RECONSIDER HIS ORDER FILED ON JANUARY 4, 2022 AS DOCUMENT NUMBER 65**

 X  United States Mail. I mailed the attached pleading to the following attorneys representing the W.R. Grace & Co. at the following address.

Roger Higgins, Esq.
Law Offices of Roger Higgins, LLC
516 North Ogden Avenue, Suite 136
Chicago, IL 60642

James E. O'Neill, Esq.
Pachulski Stang Ziehl and Jones LLC
919 North Market Street - 17th Floor
Wilmington, DE 19899

Laura Davis Jones, Esq.
Pachulski Stang Ziehl and Jones LLC
919 North Market Street - 17th Floor
Wilmington, DE 19899

__X__ BY FEDERAL EXPRESS PRIORITY OVERNIGHT MAIL:

THE ATTACHED ORIGINAL DOCUMENT HAS BEEN SENT FOR FILING TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE BY FEDERAL EXPRESS PRIORITY OVERNIGHT DELIVERY

United States District Court for the District of Delaware
Office of the Clerk
844 N. King Street
Wilmington, Delaware 19801

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed at Encino, California on March 7, 2022.

Lauren Elder

2